### Bunting Bristol Transfer, Inc. et al., Appellants, v. Pennsylvania Public Utility Commission.

 Argued September 17, 1964. *William E. Zeiter,* with him *Arthur R. Littleton,* and *Morgan, Lewis & Bockius,* for protestants, appellants; *R. M. Harris,* Assistant Counsel, with him *Thomas M. Kerrigan,* Assistant Counsel, and *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *S. H. Copelin,* for applicant, intervening appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the Commission is affirmed.